NUMBERS
13-04-261-CV
13-04-671-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

MERCEDES B. WHITTINGTON, ET AL.,                              Appellants,

v.

DEVON LOUISIANA CORPORATION,                                    Appellee.
____________________________________________________________________

On appeal from the 24th District Court
of Goliad County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         This cause is before the Court on an agreed motion to dismiss the appeal filed
by appellants, Mercedes B. Whittington and Harry B. Whittington, Individually and as
Independent Executors of the Estate of Lelwyn W. Baker, Deceased, and
appellee/cross-appellant, Devon Louisiana Corporation. Appellants and appellee/cross-appellant have settled all matters in controversy between them and no longer wish to
continue this appeal, but only as to the appeal between the Whittingtons and
appellee/cross-appellant DEVON LOUISIANA CORPORATION. The appeal as to
appellants and appellee/cross-appellant, DEVON LOUISIANA CORPORATION, is
severed from the original appeal and is docketed under cause number 13-04-671-CV.
         Having considered the agreed motion to dismiss the appeal and the documents
on file, this Court is of the opinion that the motion should be granted. The motion to
dismiss the appeal as to appellants and appellee/cross-appellant, DEVON LOUISIANA
CORPORATION, is hereby granted. The appeal against appellee/cross-appellant,
DEVON LOUISIANA CORPORATION, in cause number 13-04-671-CV is ordered
DISMISSED. 
         The remaining issues in the appeal will remain docketed under cause number 13-04-261-CV.

                                                                                 PER CURIAM

Memorandum Opinion delivered and filed this
the 6th day of January, 2005.